No. 779, Misc.  BOONE *v.* NEW YORK.  C. A. 2d Cir. Certiorari denied.

No. 788, Misc.  CISNEROS *v.* COX, WARDEN.  Sup. Ct. N. M.  Certiorari denied.

No. 804, Misc.  KELLY *v.* NEW JERSEY ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 808, Misc.  WILLIAMS *v.* PATE, WARDEN.  Crim. Ct. Cook County, Ill.  Certiorari denied.

No. 811, Misc.  PUGACH *v.* NEW YORK.  Ct. App. N. Y. Certiorari denied.

No. 815, Misc.  GEETER *v.* DUNBAR, CORRECTIONS DIRECTOR.  Sup. Ct. Cal.  Certiorari denied.

No. 821, Misc.  STURGES *v.* CALIFORNIA.  Sup. Ct. Cal. Certiorari denied.

No. 823, Misc.  MINCHELLA *v.* LEVIN, CHIEF JUDGE, U. S. DISTRICT COURT.  C. A. 6th Cir.  Certiorari denied.

No. 829, Misc.  FRITZ *v.* WISCONSIN.  Sup. Ct. Wis. Certiorari denied.

No. 831, Misc.  THOMAS *v.* ILLINOIS.  Sup. Ct. Ill. Certiorari denied.

No. 841, Misc.  LAMBORN *v.* PENNSYLVANIA ET AL. C. A. 3d Cir. Certiorari denied. Petitioner *pro se. Wilson Bucher* for respondents.